O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN EUGENE SHERMAN-BEY, <br><br> Petitioner, <br><br> vs. <br><br> TERRI GONZALEZ, WARDEN, <br><br> Respondent. | CASE NO. ED CV 10-01955 RGK (RZ) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

Respondent's motion to dismiss is denied without prejudice as moot.

DATED: June 3, 2011

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE