```
                                                            O
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DARREN EUGENE SHERMAN-BEY, | ) | CASE NO. ED CV 10-01955 RGK (RZ) |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| TERRI GONZALEZ, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter came before the Court on the Petition of DARREN EUGENE SHERMAN-BEY, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 3, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE